United States District Court
Southern District New York

ANGEL HERNANDEZ

PLAINTIFF

AGAINST
N.Y.C. /
CORIZON HEALTH INC
Dr. Tolulupe Osudon

SCANNED

RECEIVED
SDNY PRO SE OFFICE

2015 JUN -4  A 9 28

AMENDED
COMPLAINT
13 CV 9162 (SPO FM) (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# 49
DATE FILED: 6/4/2015

I would like to ADD N.Y.C. Because They Are The
Ones Responsible for contracting Corizon medical
Health Inc. AND Dr. Osudon for not giving me
proper medical treatment. AND N.Y.C. is
Responsible for proper functioning of it Jail
Facilities on Rikers island. AND its staff AND
Contracters.

THANK you
Angel Hernandez
14A1308

My Name is A. Hernandez, 14A1308. I am writing
Because I was just granted An Ammended
Claim by the court's. 14CV0192.

ANGEL Hernandez

vs

N.Y.C. Dept of correction/
Corizon Health Inc/
Dr. Tolulupe O Sudan

Defendants

Think I made A mistake I wanted it to be

Angel Hernandez

vs

N.Y.C. / ~~N.Y.C. Dept of correction~~

/Corizon Health Inc/

Dr. Tolulupe O Sudan.

The Reason I Am doing it this way because N.Y.C.
Hires these doctors or contracts Corizone Health Inc
And They Are Responsible for maintenance of the
Jail facilities on Rikers Island where my Accident
Happened And I was neglected proper medical
Care.

P.S. I Do not Remember
If I filed 1983 complaint
Please Disregard if I
this put one in. This
is the one I want to
put in. P.S. How can
I serve A summons if
I Don't know Defendants
Addresses

Thank you

Angel Her~~

~~Im not sure if
I filed complaint
Already the one I'm~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL HERNANDEZ

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

New York city &

CORIZON HEALTH INC
AND DR. Tolulope Ojudu

_(In the space above enter the full name(s) of the defendant(s).  If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names.  The names
listed in the above caption must be identical to those contained in
Part I.  Addresses should not be included here.)_

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes  ☐ No
(check one)

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of
confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
as necessary.

Plaintiff   Name   ANGEL HERNANDEZ
ID #   14A1308
Current Institution   Attica conn faciLity
Address   P.O. 149
Attica N.Y. 14011

B.   List all defendants' names, positions, places of employment, and the address where each defendant
may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1   Name   Dr Tolulope Ojudu   Shield #
Where Currently Employed   CORIZON HEALTH INC (Rikers Island)
Address   18 18 Hazen st C Rikers ISLAND
QNS NY

_Rev. 05/2010_                                    1

Defendant No. 2     Name N.Y.C. _____     Shield #_____
                    Where Currently Employed _____
                    Address _____
                    _____

Defendant No. 3     Name Corizon HeAlth NeT _____     Shield #_____
                    Where Currently Employed RiKe/s ISlAND _____
                    Address 13-13- HAZeN ST _____
                    QNS NY _____

Defendant No. 4     Name NYC.DepT of correction ___ Shield #_____
                    Where Currently Employed RiKers ISlAND _____
                    Address _____
                    _____

Defendant No. 5     Name _____     Shield #_____
                    Where Currently Employed _____
                    Address _____
                    _____

## II.     Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the
caption of this complaint is involved in this action, along with the dates and locations of all relevant events.
You may wish to include further details such as the names of other persons involved in the events giving
rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.   In  what  institution  did  the  events  giving  rise  to  your  claim(s)  occur?

C-73    RiKe/s ISlAND _____

_____

B.   Where  in  the  institution  did  the  events  giving  rise  to  your  claim(s)  occur?

I WAS burNed by SCAlDiNG HoT water
iN shower, wheN temperAture coNtrol vAlves
misfunctioNed (Shower)

C.   What  date  and  approximate  time  did  the  events  giving  rise  to  your  claim(s)  occur?

IT HAppeNed ArouND 11:30 Am After I
FeD The iNmAtes, I HAd Sub As feed-up
mAN

D.   Facts: I was burned by scalding HotWater while I was taking a shower because of temperature valves which control water misfunctioned. I reported iT to C.O. who informed CAPTAIN After suffering A lot of PAIN on 10/16/13 from blisters I had on my bAck shoulders legs. I went To Sick CALL They GAve me HydrocortiZone cream for RASH cuts, The blisters started to bleed I went bAck to Sick CALL. TOlD Them about The bleeding AGAIN They GAve me The cream. Then iT spreAd blisters & Bumps starting spreading All over my body, cAusing me excruciATing PAIN AND suffering AN DAy every dAy, couldN'T tAke shower. I went bAck TO Sick CALL SAW DOCTOrs AgAin. SAMe Thing sAme cream, which didn'T help AT ALL They JusT See you for AboT A minuTe AND SenD you bAck TO Housing AreA. Because There Are so mANy inmATes ANDWe ALL DON'T FiT iN cAges where we wAiTs to be cAlleD. I kepT Going To Sick TO NO AvAil NoThing chANgeD AND my condiTion JusT GOTWorse I wAs senT TO West fAcility where pictures were tAken by physiciAN who senT Them Test results AND TOlD Them my condiTion wAs getting worse After The FVsT time I SAW him. AND STILL NO KIND of help, SAMe creAM, etc etc. They medicAlly NeglecTeD my need medicAlly, medicAL negligence - terrible medicAL ATTenTion

III.   Injuries: AND depArTment, LeT me go Through PAIN AND suffering ALL DAy every dAy

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I received blister oN shoulders bAck legs four from burn. They GAve me HydrocortiZone creAm which is for cuTs RASHS etc etc. They I cAughT some KiNd's of iNfecTion which cAused more blister AND bumps ALL over my body ThAT bled AND cAused me extreme PAIN suffering becAuse of INAppropriAte medicAL ATTenTion AND Negligence, AND uNSkilled or untrAineD medicAL STAFF (Horrible TreATmenT) I HAve scArs All over my body BecAuse of Their medicAL negligence AND Denied me of my medicAL needs.

IV.   **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _C-74 Rikers Island (Accident Happened)_

_____ C-73 Rikers Island _____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓    No _____    Do Not Know _____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓    No _____    Do Not Know _____

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓    No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No _____

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance? _C-73   C-74_____

1.    Which claim(s) in this complaint did you grieve? _Medical negligence Insury Report - being burned by scalding hot water_

2.    What was the result, if any? _They wrote to medical Dept to No Avail_

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _I wrote 2nd oppion Nurse Administrator, Warden Dep Ards & Just Kept writing grievances over and over And over to no Avail_

_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

2.    If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____
_____
_____
_____
_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. They have horrible medical staff and Dept until everyday Deny inmates of their proper medical needs and Attention. New York city needs to send people in there and see the conditions of these so called medical staff and department

_____

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I think New York City, I.N.Y.C Dept of corr. should have people investigate these Doctors from Corizen Health Inc. and the medical department in which they work in (Herribly) doctors or people that show some kind of care. Instead of sending us back to our housin, Area After seeing us for a minute After we wait hours to see them They should investigate all the medical dept and employees in all the buildings (corr. facility bldgs) Especially New York city who Rents the Jail's and Hires these so called Doctors RN. I have to spend the rest of my life with these scars. And burnemarils. Because Dr tolulope Denied me proper medical needs and Attention. I think 100,000 should cover all my pain and suffering and medical negligence I received at Rikers C-74 Cn,

VI.   Previous lawsuits:

On these claims

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____  No ✓

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.    Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2.    Court (if federal court, name the district; if state court, name the county) _____
   _____

   3.    Docket or Index number _____

   4.    Name of Judge assigned to your case _____

   5.    Approximate date of filing lawsuit _____

   6.    Is the case still pending?  Yes _____  No _____
         If NO, give the approximate date of disposition _____

   7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in   your   favor?   Was   the   case   appealed?)    _____
   _____
   _____

On other claims

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
      Yes _____   No _____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.    Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2.    Court (if federal court, name the district; if state court, name the county) _____
   _____

   3.    Docket or Index number _____

   4.    Name of Judge assigned to your case _____

   5.    Approximate date of filing lawsuit _____

   6.    Is the case still pending?  Yes _____  No _____
         If NO, give the approximate date of disposition _____

   7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of MAY , 2015

Signature of Plaintiff    _Angel Henry_

Inmate Number    14A1308

Institution Address    AHICA corr facility
P.O. Box 149
AHICA N.Y. 14011
E-54-8

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 26 day of MAY , 2015, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _Angel Henry_

COURT OF CLAIMS:  STATE OF NEW YORK
------------------------------------------

Angel Hernandez.

                    Claimant,

        -against-


THE STATE OF NEW YORK,

                    Defendant.
------------------------------------------

AFFIDAVIT IN SUPPORT
OF APPLICATION FOR
WAIVER OF FILING AND
SERVICE FEES AND COSTS
AND TO PROCEED AS A
POOR PERSON

Claim No. 14CV 192

_____
Name of Assigned Judge

STATE OF NEW YORK)
COUNTY OF WYOMING)  ss.:

   The undersigned, being duly sworn, says:

   1.   I am the Claimant in this case.  This statement is made
in support of my request (a) for waiver of the Claim Number fee
and/or any other filing and service fees and costs, and (b) to
proceed in this case as a poor person.

   2.   I support my-self and no others in my household.

   3.   My only source of income is as an inmate, earning prison
wages.  I do not receive any Public Assistance or Social Security.

   4.   The amount of income I receive each month from my prison
program is $ 28 .

   5.   I do not have a Bank Account.

   6.   I own the following property which has an estimated value
as indicated (if none, write "NONE"):

        LIST PROPERTY                        VALUE

   _____            _____

   _____            _____

   _____            _____

   7.   I have no other savings, property or assets.

8.   I am unable to pay the costs, fees and expenses necessary to assert my rights in this case.

9.   No one else who is able to pay any required costs and fees has a beneficial interest in the results of this case.

10.   The facts of my case are described in my Court papers, which are attached.   My financial contentions can be confirmed from records maintained by the Superintendent of the Attica Correctional Facility.

11.   I have made no prior request for this relief in this case.

WHEREFORE, I request (a) that all fees relating to the filing and service of this action or proceeding be waived, and (b) that I be permitted to proceed in this case in all respects as a poor person.

_Angel Hernander_
Claimant, Pro Se, #
Attica Correctional Facility
Post Office Box 149
Attica, New York 14011-0149

Subscribed and sworn to before me

this _____ day of _____, _____.

_____
NOTARY PUBLIC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ANGEL HERNANDEZ,

                        Plaintiff,

               -against-

N.Y.C. DEPT OF CORRECTIONS;
CORIZON HEALTH INC.; DR. TOLULOPE
OJUDON,

                      Defendants.

14-cv-0192-JPO-FM

ORDER OF SERVICE

FRANK MAAS, Chief United States Magistrate Judge:

By order dated January 21, 2014, the Court granted Plaintiff's request to proceed without

prepayment of fees, that is, *in forma pauperis.*[1] To allow Plaintiff, who is proceeding *in forma*

*pauperis,* to effect service on the currently identified defendants, Corizon Health, Inc., and Dr.

Tolulope Ojudon, through the U.S. Marshals Service, the Clerk of Court is instructed to send

Plaintiff one U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for

each Defendant. Within thirty days of the date of this order, Plaintiff must complete a USM-285

form for each Defendant and return those forms to the Court.

If Plaintiff does not wish to use the Marshals Service to effect service, Plaintiff must

notify the Court in writing within thirty days of the date of this order and request that a summons

be issued directly to Plaintiff. If within thirty days, Plaintiff has not returned the USM-285

forms or requested a summons, under Rule 41(b) of the Federal Rules of Civil Procedure, the

Court may dismiss this action for failure to prosecute.

---

[1] Under 28 U.S.C. § 1915(b)(1), prisoners must pay the full amount of the $350.00 filing fee
even when they have been granted permission to proceed *in forma pauperis.*

Upon receipt of each completed USM-285 form, the Clerk of Court shall issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon each Defendant.

No matter what method of service Plaintiff chooses, Plaintiff must effect service within 120 days of the date the summons is issued. It is Plaintiff's responsibility to inquire of the Marshals Service as to whether service has been made and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). If within 120 days of issuance of the summons, Plaintiff has not made service or requested an extension of time in which to do so, under Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure, the Court may dismiss this action for failure to prosecute. Finally, it is Plaintiff's obligation to promptly submit a written notification to the Court if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendant New York City Department of Correction waive service of summons.

Finally, my Order dated May 12, 2015, (ECF no. 44), is withdrawn.

SO ORDERED.

Dated:   May 20, 2015
         New York, New York

                                        FRANK MAAS
                                        Chief United States Magistrate Judge

2



ATTICA CORRECTIONAL FACILITY
BOX 149
ATTICA, NEW YORK 14011-0149
NAME: A. Hernandez

8-54-6

Legal mail